IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| Priscilla Savage, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:13-cv-01047-SOH |
| Hudson Acceptance, LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 9, 2014

                                          Respectfully submitted,

                                          PLAINTIFF, Priscilla Savage

                                          /s/ Sergei Lemberg

                                          Sergei Lemberg, Esq.
                                          B.B.O. No.: 650671
                                          **LEMBERG LAW, L.L.C.**
                                          1100 Summer Street, 3rd Floor
                                          Stamford, CT 06905
                                          Telephone: (203) 653-2250
                                          Facsimile:  (203) 653-3424
                                          slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 9, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By_/s/ Sergei Lemberg_____

                Sergei Lemberg