IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PRISCILLA SAVAGE                                                                                          PLAINTIFF

v.                                                    CIVIL NO. 13-cv-1047

HUDSON ACCEPTANCE, LLC, and
DOES 1-10, inclusive                                                                                    DEFENDANTS

## ORDER

    Before the Court is a Stipulation of Dismissal With Prejudice. (ECF No. 27). The parties advise the Court that all claims in this case have been resolved. Accordingly, Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorneys' fees to any party.

    If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

    **IT IS SO ORDERED**, this 5th day of February, 2014.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge